UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| DANIEL EASLER, | ) | |
| Petitioner | ) ) ) | 1:19-CR-00049-LEW |
| v. | ) ) | |
| UNITED STATES OF AMERICA | ) ) | |
| Respondent | | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On July 31, 2023, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on the petition filed by Daniel Easler pursuant to 28 U.S.C. § 2255.  The time within which to file objections expired on August 22, 2023, and no objection has been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is AFFIRMED and ADOPTED.  The Petitioner's motion for habeas relief and a certificate of appealability are denied.

**SO ORDERED.**

Dated this 15th day of September, 2023.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE